DocuSign Envelope ID: CCE9B9C9-A6C2-4D3D-9091-8E62FF3EC7C0

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x

THOMAS J. OLSEN, Individually and on behalf of himself and all other persons similarly situated,

        Plaintiffs,

v.

WILLIAM SONOMA, STORES, INC., D/B/A REJUVENATION,

        Defendant.

----------------------------------------x

Civil Action No. 1:19-cv-00955-WFK-JO

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 12 2019 ★
BROOKLYN OFFICE

## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Thomas J. Olsen hereby dismisses this action in its entirety with prejudice as against all parties. The parties shall bear their own attorneys' fees and costs.

Dated: March 22, 2019.
New York, New York

/s/ _____
Christopher H. Lowe
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Telephone: 212-392-4772
E-mail: chris@lipskylowe.com

*Attorneys for Plaintiff*

The application is ~~granted.~~ denied.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Apr. 11, 2019
Brooklyn, New York